■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VITTORIO MORBETH, Appellant. [678 NYS2d 282] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Griffin, J.), imposed August 20, 1996, as amended May 6, 1997 (Latella, J.), on the ground that the sentence is excessive.

Ordered that the amended sentence is affirmed.

The defendant waived his right to appeal as part of the negotiated plea bargain (*see, People v Callahan,* 80 NY2d 273;

*People v Seaberg,* 74 NY2d 1). Mangano, P. J., Bracken, Copertino, Sullivan and McGinity, JJ., concur.